NOVEMBER 24, 1969

No. 887, Misc.  PARK *v.* NELSON, WARDEN, ET AL.;
No. 989, Misc.  STERNGASS *v.* FITZPATRICK, WARDEN;
and
No. 1049, Misc.  SANDERS *v.* DEEGAN, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 293, Misc.  BOWMAN *v.* KROPP, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus denied.  *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, in opposition.

No. 117.  WALLACE *v.* WALLACE.  Sup. Ct. Ga.  Certiorari denied.  *Wesley R. Asinof* for petitioner.

No. 530.  SARELLI *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.  *Julius Lucius Echeles* for petitioner.

No. 531.  OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA *v.* BOB LEROY'S, INC.  C. A. 5th Cir.  Certiorari denied.  *James F. Hulse* for petitioner.  *William Duncan* and *James F. Garner* for respondent.

No. 537.  TRANSAMERICAN FREIGHT LINES, INC., ET AL. *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied. *Abraham Breitbart* for petitioners.  *Sidney Goldstein* and *Lewis Rosenberg* for respondent.